IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL CASIANO,<br><br>     Plaintiff,<br><br>v.<br><br>R.C. PAINTING CONTRACTORS, INC. a<br>Florida Profit Corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  CASE NO.: 1:13-cv-1725<br>)<br>)<br>)<br>)<br>) |

**CONSENT FINAL JUDGMENT AGAINST DEFENDANT R.C. PAINTING
CONTRACTORS, INC.**

Pursuant to the Federal Rules of Civil Procedure, judgment is hereby

entered in favor of Plaintiff, GABRIEL CASIANO and against Defendant,

R.C. PAINTING CONTRACTORS, INC, as to the claims specifically raised

in the above styled matter and against the above styled Defendant as

follows:

The Court hereby awards Plaintiff, and his counsel, back pay,
liquidated damages, reasonable attorneys' fees and costs, in the amounts set
forth below:

a.     GABRIEL CASIANO: $7,535.00 in back pay;

b.     GABRIEL CASIANO: $7,535.00 in liquidated damages;
and

c.     MORGAN & MORGAN, P.A.: $4,000.00 as reasonable
attorneys' fees and costs.

1

2

Dated: December 3, 2013

/s/ Julie E. Carnes
_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE